**Motion Denied and Order filed December 23, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-85-00876-CR

_____

### DIMITRIUS JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 416,096**

## ORDER

Appellant's conviction was affirmed by this court in 1987. Appellant has filed a motion to obtain documents and trial records, without payment, to pursue habeas corpus relief.

Generally, an indigent criminal defendant is not entitled to a free record of prior proceedings for use in pursuing post-conviction habeas corpus relief. *See Escobar v. State,* 880 S.W.2d 782, 783 (Tex. App. -- Houston [1st Dist.] 1993,

order).  This motion is not the correct vehicle for relief. *See In re Williams*, 2001 WL 668455, *2 (Tex. App. -- Beaumont 2001, orig. proceeding). We deny the motion.

PER CURIAM

Panel consists of Justices Jamison, Busby and Brown.